IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-182-CR




THE STATE OF TEXAS,



 APPELLANT


vs.





JAMES ROBERT FLORES,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW OF TOM GREEN COUNTY



NO. 89,029, HONORABLE R.L. BLANN, JUDGE PRESIDING


 





PER CURIAM

 This purports to be an appeal from an order of the county court at law granting
appellee's motion for new trial. Tex. Code Crim. Proc. Ann. art. 44.01(a)(3) (West Supp. 1993). 
The underlying offense is assault. Tex. Penal Code Ann. § 22.01 (West Supp. 1993).

 The transcript received by this Court on May 7, 1993, does not contain an order
granting a new trial in this cause. The Clerk of this Court notified counsel for the State that a
supplemental transcript containing a copy of the order appealed from should be tendered for filing
on or before May 25, 1993. No supplemental transcript has been received, nor has the State
requested an extension of time for filing. The statement of facts, which was due June 1, 1993,
has not been received and, again, the State has not timely requested an extension of time for
filing.

 The appeal is dismissed for want of prosecution. State v. Sanchez, 764 S.W.2d 920
(Tex. App.--Austin 1989, no pet.).



[Before Justices Powers, Kidd and B. A. Smith]

Appeal Dismissed

Filed: June 23, 1993

[Do Not Publish]